UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KADAYSHA C. COLLINS,**

    **Plaintiff,**

v.

    Case No. 2:25-cv-00695

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

    **Defendant.**

---

## ORDER

The parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 11). The court now GRANTS the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand this matter to an ALJ. The ALJ should give further consideration to the medical opinions pursuant to the provisions of 20 C.F.R. § 416.920c. The ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record, proceed through the sequential disability evaluation process as appropriate, and issue a new decision.

Dated at Green Bay, Wisconsin, this 17th day of July, 2025.

       *s/ Byron B. Conway*
       BYRON B. CONWAY
       United States District Judge